```
                            F I L E D
                      CLERK, U.S. DISTRICT COURT

                          11/18/2024

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY: _____ ASI _____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00692-MEMF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| LAVINNCIEA ROSE NELSON, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2020, and continuing through at least August, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant LAVINNCIEA ROSE NELSON conspired with others to commit wire fraud, in violation of Title 18, United States Code, Section 1343.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:  defendant NELSON and her co-conspirators would apply in their own names and those of others for government benefits to which they were not entitled and then share the proceeds.  Defendant NELSON and her co-conspirators

used interstate wires to defraud their victims throughout this conspiracy.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

Beginning in or before 2020, and continuing through at least August, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant LAVINNCIEA ROSE NELSON knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the name and account number of victim R.H. on or about January 21, 2021, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, as charged in Count One of this Information, knowing that the means of identification belonged to another actual person.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section